NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1222
(Interference No. 105,602)

JONES J. ROBERTSON and ROBERT M. CURRIE,

Appellants,

v.

JOS TIMMERMANS and JEAN C. RAYMOND,

Appellees.

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

ON MOTION

Before PROST, Circuit Judge.

ORDER

Upon consideration of Jones J. Robertson and Robert M. Currie's opposed motion for an extension of time, until August 26, 2009, to file their brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 3 1 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Alton W. Payne, Esq.
Christian J. Garascia, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 3 1 2009

JAN HORBALY
CLERK